| AO-. Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>ALDRICH, ANN | 2. Court or Organization<br><br>U.S. DISTRICT NO DIST OHIO | 3. Date of Report<br><br>5/5/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>JUDGE (SENIOR STATUS) | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>CARL B. STOKES US COURTHOUSE<br><br>801 WEST SUPERIOR AVE, STE 17B<br><br>CLEVELAND, OHIO 44113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 20 11 35 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | THE EQUITABLE ANNUITY | 754 |
| 2. | TEACHERS INSURANCE AND ANNUITY ASSOCIATION | 740 |
| 3. | TEACHERS INSURANCE AND ANNUITY ASSOCIATION | 548 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. GEORGE MASON UNIVERSITY SCHOOL OF LAW - LAW & ECONOMICS CENTER | MARCH 10-16 - ARLINGTON, VA - SEMINAR RE: CIVIL SOCIETY (TRANSPORTATION, MEALS AND LODGING) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALDRICH, ANN | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. TRUST PART A: MONEY MARKET FUND - FLEET NATIONAL BANK | C | Interest | M | T | | | | | |
| 2. CHECKING - KEY BANK - CLEVELAND, OHIO | A | Interest | J | T | | | | | |
| 3. CHECKING - KEY BANK - CLEVELAND, OHIO | A | Interest | J | T | | | | | |
| 4. CHECKING - CAYMAN NATL BANK - CAYMAN BRAC, BRITISH W.I. | | None | J | T | | | | | |
| 5. UNIMPROVED REAL PROPERTY - ACRES WEST END CAYMAN BRAC | | None | O | Q | | | | | |
| 6. HOUSE AND LOT - CAYMAN BRAC, BRITISH W.I. | | None | N | W | | | | | |
| 7. IRA SMITH BARNEY - JOHN HANCOCK REGIONAL BANK SHARES | B | Interest | K | T | | | | | |
| 8. CHECKING - KEY BANK - CLEVELAND, OHIO | A | Interest | J | T | | | | | |
| 9. LOT ▮▮▮▮ - PRINCE GEORGES COUNTY, MD | | None | J | W | | | | | |
| 10. VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | K | T | | | | | |
| 11. HOST MARRIOTT COMMON STOCK | A | Dividend | J | T | | | | | |
| 12. SOUTHERN COMPANY COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. PEPCO HOLDING INC | A | Dividend | J | T | | | | | |
| 14. SMITH BARNEY UNIT TRUST | A | Dividend | L | T | | | | | |
| 15. DEAN WITTER MUTUAL FUND - MSDW LIQUID ASSET FUND | A | Dividend | L | T | | | | | |
| 16. NUVEEN DIV ADVANTAGE MUNI FUND | A | Dividend | J | T | | | | | |
| 17. ISTAR FINANCIAL INC | A | Dividend | J | T | | | | | |
| 18. CITIGROUP, INC. | A | Interest | K | T | PARTIAL SALE | 10/03 | K | D | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALDRICH, ANN | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. JOHN HANCOCK REGIONAL BANK FUND B | A | Dividend | L | T | | | | | |
| 20. US TREAS HH BONDS | C | Interest | L | T | | | | | |
| 21. US TREAS E BONDS | B | Interest | K | T | | | | | |
| 22. IRA - THE EQUITABLE - ALLIANCE GROWTH INVESTORS FUND | B | Interest | K | T | | | | | |
| 23. SALOMON BROTHERS HIGH INCOME FUND II | A | Interest | J | T | | | | | |
| 24. SUMMIT CO OHIO REF & IMP SER A | A | Interest | | | REDEEM | 08/01 | J | | |
| 25. MIRANT CORP | A | Dividend | J | T | | | | | |
| 26. BLACK ROCK INVESTMENT QUALITY MUNI TRUST | C | Dividend | L | T | | | | | |
| 27. BLACKROCK MUNICIPAL INCOME TRUST | B | Dividend | K | T | | | | | |
| 28. FORD MOTOR CREDIT PFD 7/375% | B | Dividend | K | T | | | | | |
| 29. GENERAL MOTORS ACCT CORP PFD 7.3% | B | Dividend | K | T | | | | | |
| 30. PUBLIC STORAGE INC PFD | B | Dividend | K | T | | | | | |
| 31. REGIONS FINANCING TR PFD 8% | B | Dividend | K | T | | | | | |
| 32. ROYAL BANK SCOTLAND GRP PFD 7.875% | B | Dividend | K | T | | | | | |
| 33. ST PAUL CAPITAL TRUST PFD 7.6% | B | Dividend | K | T | | | | | |
| 34. SUNTRUST CAPITAL IV PFD 7.6% | B | Dividend | K | T | | | | | |
| 35. TARGETS TR XI TARGETED GROWTH ENHANCED TERM SEC ON AMX | B | Dividend | J | T | | | | | |
| 36. TARGETS TR X TARGETED GROWTH ENHANCED TERM SEC ON GE | B | Dividend | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ALDRICH, ANN | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS   – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. TELEPHONE & DATA SYSTEMS PFD 7.6% | A | Dividend | | | SELL | 06/19 | K | B | |
| 38. VALLEY NATIONAL BANCORP PFD 7.75% | B | Dividend | K | T | | | | | |
| 39. JOHN HANCOCK FINANCIAL INDUSTRIES FUND | A | Dividend | J | T | | | | | |
| 40. SMITH BARNEY MANAGED MUNICIPALS FUND | D | Dividend | M | T | | | | | |
| 41. SMITH BARNEY MUNI MONEY MARKET FUND | A | Dividend | L | T | | | | | |
| 42. TRAVELERS PPTY CAS CORP | A | Dividend | | | SELL | 10/03 | K | A | |
| 43. NUVEEN QUALITY PFD INCOME FUND 2 | C | Dividend | K | T | | | | | |
| 44. ALLIANCE NATL MUN INCOME FUND | B | Dividend | K | T | | | | | |
| 45. GENL MOTORS ACCEPT CORP PFD 7.35% | C | Dividend | L | T | | | | | |
| 46. HOUSEHOLD FIN CORP INTERNOTES BANK | B | Dividend | K | T | | | | | |
| 47. WASHINGTON ST PUB PWR SUPPLY | A | Dividend | | | REDEEM | 07/01 | J | | |
| 48. NUVEEN PFD & CONV INCOME FUND 2 | A | Dividend | K | T | BUY | 06/25 | K | | |
| 49. SALOMON BROS EMERGING MKTS DEBT FUND | A | Dividend | K | T | BUY | 12/01 | K | | |
| 50. SALOMON BROS GLOBAL HIGH INCOME FUND | A | Dividend | K | T | BUY | 07/28 | K | | |
| 51. AIM MONEY MARKET FUND | A | Dividend | K | T | | | | | |
| 52. GENERAL MOTORS ACCEPT CORP BOND | A | Dividend | K | T | BUY | 09/11 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,000-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VII. LINE 1. TRUST DATED JUNE 22, 1966. 50% LIFE INTEREST.

VII. LINE 5. ██████ACRES WEEST END CAYMAN BRAC, CAYMAN ISLAND, B.W.I. HALF OWNED JOINTLY. APPRAISAL DATE: JANUARY 9, 1992.

VII. LINES 10-19 AND 23-52. HELD IN BROKERAGE ACCOUNTS UNDER SEPARATE OWNERSHIP IN MY SPOUSE'S TRUST.

VII. LINES 7-21 AND 23-52. PURSUANT TO OUR PRE-NUPTIAL AGREEMENT, I DO NOT HAVE, NOR WILL I EVER HAVE, ANY FINANCIAL INTEREST IN ANY OF THE ASSETS OWNED BY MY SPOUSE AS LISTED HEREIN.

VII. LINES 24 AND 47. NO GAINS INCURRED FROM REDEMPTION OF BONDS.

VII. LINE 51. THIS ITEM WAS INADVERTENTLY OMITTED ON PREVIOUS REPORTS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature **X**           Date **X** May 11, '04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544